UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARRIOTT INTERNATIONAL, INC. and THE RITZ-CARLTON HOTEL COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GREEN LIVING TECHNOLOGIES INTERNATIONAL, LLC,<br><br>Defendant. | NO: 2:20-cv-2071-JDW |

# ANSWER OF GREEN LIVING TECHNOLOGIES INTERNATIONAL, LLC TO AMENDED COMPLAINT

Defendant, Green Living Technologies International, LLC, by and through counsel, answers the Amended Complaint and asserts Affirmative Defenses as follows:

## PARTIES

1. Admitted upon information and belief.

2. Admitted upon information and belief.

3. Admitted.

## JURISDICTION

4. Admitted.

5. Admitted.

## GENERAL ALLEGATIONS

6. Admitted upon information and belief.

7. Answering defendant is, after reasonable investigation, without knowledge or information sufficient to either admit or deny the allegations. Said allegations are therefore

denied.

8. Admitted.

9. Admitted.

10. Answering defendant is, after reasonable investigation, without knowledge or information sufficient to either admit or deny the allegations. Said allegations are therefore denied.

11. Answering defendant is, after reasonable investigation, without knowledge or information sufficient to either admit or deny the allegations. Said allegations are therefore denied.

12. Answering defendant is, after reasonable investigation, without knowledge or information sufficient to either admit or deny the allegations. Said allegations are therefore denied.

## COUNT I

13. Each and every response to the allegations preceding this paragraph are hereby incorporated by reference as though same were stated fully and at length.

14. Denied as a conclusion of law to which no response is required.

15. Denied as a conclusion of law to which no response is required.

16. Answering defendant is, after reasonable investigation, without knowledge or information sufficient to either admit or deny the allegations. Said allegations are therefore denied.

17. Denied as a conclusion of law to which no response is required.

18. Denied as a conclusion of law to which no response is required.

19. Denied as a conclusion of law to which no response is required.

20. Denied as a conclusion of law to which no response is required.

WHEREFORE, Green Living Technologies, International demands judgment in its favor and against all other parties for costs, attorney's fees, and such other relief as the Court deems just and proper.

<u>FIRST AFFIRMATIVE DEFENSE</u>

The claims are barred or limited because the plaintiff failed to mitigate damages.

<u>SECOND AFFIRMATIVE DEFENSE</u>

The claims are barred or limited by contract.

<u>THIRD AFFIRMATIVE DEFENSE</u>

The damages claimed were caused by the acts and/or omissions of third parties over which answering defendant exercised no control.

LAW OFFICE OF DENNIS O. WILSON

*/s/ J. Michael Kvetan*
_____
J. Michael Kvetan, Esquire
Attorney for Defendant,
Green Living Technologies International, LLC
309 Fellowship Road, Suite 330
Mount Laurel, NJ  08054
856-778-3204
Michael.Kvetan@Selective.com

3

**CERTIFICATE OF SERVICE**

I, J. Michael Kvetan, Esquire, hereby certify that I electronically filed with the Court and served a true and correct copy of the foregoing Answer to the Amended Complaint upon the person listed below by electronic and/or United States First Class Mail on the 16th day of July, 2020.

Mark T. Mullen, Esquire
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103

LAW OFFICE OF DENNIS O. WILSON

*/s/ J. Michael Kvetan*
_____
J. Michael Kvetan, Esquire
Attorney for Defendant,
Green Living Technologies International, LLC